UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
HYUN JU KIM,

                                                 JUDGMENT

                Plaintiff,                  18-cv-2593 (ARR)

   v.

JEFF SESSIONS, Attorney General of the
United States and U.S. Citizenship and
Immigration Services,,

                Defendants.
-----------------------------------------------------------------X

        An Order of Honorable Allyne R. Ross, United States District Court, having been filed on June 21, 2018, dismissing this action with prejudice, with each party to bear its own costs, expenses, and fees; it is

        ORDERED and ADJUDGED that this action is dismissed with prejudice, with each party to bear its own costs, expenses, and fees.

Dated: Brooklyn, New York                       Douglas C. Palmer
       June 22, 2018                                 Clerk of Court

                                              By:    */s/Jalitza Poveda*_____
                                                           Deputy Clerk